# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

## Civil Action No. 8:19-cv-02489-GJH

INVICTUS HYPERION, a limited liability company
registered under the laws of the Cayman Islands,

    Plaintiff,

v.

GAMEDEX LIMITED, a company incorporated and
registered under the laws of the Cayman Islands;
CAMERON GARVIE, an individual; CHRIS PORTER, an individual;
and HENNO FOURIE, an individual;

    Defendants.

_____/

## DISCLOSURE OF CORPORATE AFFILIATION AND FINANCIAL INTEREST

Plaintiff INVICTUS HYPERION, a limited liability company registered under the laws of the Cayman Islands, by and through undersigned counsel and in compliance with United States District Court for the District of Maryland, Local Rule 103.3, hereby states as follows:

**a.** **Corporate Affiliations**

[ ] I certify, as party/counsel in this case, that _____
(*name of party*)
is not an affiliate or parent of any corporation.  I further certify that no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

[ x ] The following corporate affiliations exist with _____INVICTUS HYPERION_____:
(*name of party*)

_____New World Holdings (Cayman Islands); The Waterkant Trust (Bahamas)_____.
(*names of affiliates*)

[ x ] The following is a list of all Members of _____INVICTUS HYPERION_____:

    Name of Member: _____New World Holdings (Cayman Islands)_____

**b.     Financial Interests in the Outcome of the Litigation**

[ ] The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

New World Holdings (Cayman Islands); The Waterkant Trust (Bahamas).
(*names of entities with possible financial interests*)

Respectfully submitted,

**ROSENBERG, FAYNE & RADEN**

By: */s/ Eric F. Rosenberg*
    Eric F. Rosenberg, Esq.
    5400 Kenilworth Avenue
    Riverdale, Maryland 20737
    Telephone: (301) 864-2900
    ERosenberg@Rosenberg-Fayne.com

- and -

David C. Silver, Esq. (*pro hac vice forthcoming*)
DSilver@SilverMillerLaw.com
**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone: (954) 516-6000

*Counsel for Plaintiff, Invictus Hyperion*

Dated:     September 5, 2019